An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWARD ELRY MORRISON,
Petitioner,
vs.
BRIAN SANDOVAL, GOVERNOR;
CATHERINE CORTEZ MASTO, STATE
ATTORNEY GENERAL; JAMES W.
HARDESTY, CHAIRMAN OF THE
ADVISORY COMMISSION ON THE
ADMINISTRATION OF JUSTICE; ALL
ELECTED MEMBERS OF THE STATE
ASSEMBLY AND STATE SENATE;
LORNE MALKIEWICH, DIRECTOR OF
THE LEGISLATIVE COUNSEL
BUREAU; WHO IN THEIR
COLLECTIVE CAPACITY AND DUTIES
ARE REPRESENTATIVES OF THE
STATE OF NEVADA,
Respondents.

No. 58338

FILED

FEB 08 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original proper person petition for a writ of habeas corpus challenging the computation of time served. Petitioner challenges his ability to earn and apply statutory good time credits due to changes in NRS 209.4465. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. A challenge to the computation of time served must be raised in a post-conviction petition

13-04102

for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(c); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Edward Elry Morrison
Attorney General/Carson City

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.